**DAVID M.C. PETERSON**
California Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:    (619) 234-8467
Facsimile:    (619) 687-2666
Email:        David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ8197 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ABRAHAM RAFAEL OCHOA-PRECIADO, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 4, 2008        */s/ DAVID M. C. PETERSON*
                            DAVID M.C. PETERSON
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

     Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

     Courtesy Copy to Chambers

     Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 4, 2008                    */s/ DAVID M. C. PETERSON*
                                             DAVID M.C. PETERSON
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467 (tel)
                                             (619) 687-2666 (fax)
                                             David_Peterson@fd.org (email)